**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| PAMELA ROUTTE, et al. | ) | Civil Action No.: 10-cv-00285-KMO |
| | ) | |
| Plaintiffs, | ) | Judge Kathleen M. O'Malley |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF JOINT FILING OF** |
| JOHNSON & JOHNSON, et. al. | ) | **STIPULATION FOR DISMISSAL** |
| | ) | |
| Defendants | ) | |
| | ) | |

Now come Defendant Boston Scientific Corporation, Defendant Ethicon, Inc., and

Defendant Johnson & Johnson by and through their attorneys, and Plaintiffs Pamela and Steven

Routte (collectively, the "Parties") hereby serve Notice of Joint Filing of Stipulation for

Dismissal, attached as **Exhibit A**.  Because Plaintiffs Pamela and Steven Routte are unable to

file electronically all papers with the Court, Plaintiffs have stipulated to the dismissal by

handwritten signature.  All Defendants have likewise stipulated to the dismissal by handwritten

signature.  Therefore, the Parties file electronically this Notice of Joint Filing of Stipulation for

Dismissal and requests that the Court enter an order in accordance with the attached Stipulation

for Dismissal.


OF COUNSEL:

BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP

Respectfully submitted,

*/s/Lori Welker*
ERIC L. ZALUD (#0038959)
LORI WELKER (#0085109)
Benesch, Friedlander, Coplan & Aronoff, LLP
200 Public Square, Suite 2300
Cleveland, Ohio  44114
(216) 363-4500 (Telephone)
(216) 363-4588 (Facsimile)
E-mail:  ezalud@beneschlaw.com
         lwelker@beneschlaw.com
*Attorneys for Defendant Boston Scientific
Corporation*

_s/Justin E. Rice_
Rita A. Maimbourg (0013161)
Justin E. Rice (0080587)
Tucker Ellis &West LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, OH 44115-1414
Tel:     (216) 696-3219
Fax:     (216) 592-5009
E-mail:rita.maimbourg@tuckerellis.com
          justin.rice@tuckerellis.com

_Attorneys for Defendants Ethicon, Inc. and
Johnson & Johnson_


_Per consent of Plaintiffs; see attached Exhibit A_
Pamela and Steven Routte
245 Hickory Hill Road
Chagrin Falls, OH 44022

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Notice of Filing Stipulation for Dismissal was filed electronically on the 28th day of September, 2010 in accordance with the Court's Electronic Filing Guidelines.  Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System.  Parties may access this filing through the Court's Filing System.

Additionally, a copy of the foregoing Notice of Filing Stipulation for Dismissal was served upon the following by U.S. mail this 28th day of September, 2010 to:

Pamela and Steven Routte
245 Hickory Hill Road
Chagrin Falls, OH 44022

*/s/Lori Welker*
LORI WELKER (0085109)
Attorneys for Defendant Boston Scientific
Corporation

Doc 3706575  Ver 1