IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PAMELA ROUTTE, et al. | CASE NO. 1:10CV0285 |
| Plaintiffs | JUDGE KATHLEEN McDONALD O'MALLEY |
| VS. | |
| JOHNSON & JOHNSON, et al. | **STIPULATION FOR DISMISSAL** |
| Defendants | |

Now come the parties who do hereby stipulate that the within action is hereby dismissed, without prejudice, pursuant to Federal Rule 41(a)(1)(A)(ii), and that the Court may enter an order accordingly. Costs to be paid by the Plaintiff.

_____
PAMELA ROUTTE, Plaintiff

_____
STEVEN ROUTTE, Defendant

_____
JUSTIN E. RICE, ESQ. #0080587
RITA A. MAIMBOURG, ESQ. #0013161
TUCKER ELLIS & WEST, LLP
Attorneys for Defendants Ethicon, Inc. &
Johnson & Johnson

_____
ERIC L. ZALUD, ESQ. #0038959
LORI WELKER, ESQ. #0085109
Benesch Friedlander Coplan & Aronoff LLP
Attorneys for Defendant, Boston Scientific Corp.



EXHIBIT A